AO 442 (Rev. 01/09) Arrest Warrant

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
SEP 21 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

United States of America
v.

ANTWAINE RHODES
(Wherever Found)

_____
Defendant

)
)
)   Case No.   3:16CR70 DPJ-LRA 07
)
)
)

RECEIVED
SEP 14 2016
United States ...
Southern District of Mississippi

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Antwaine Rhodes ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute a Controlled Substance. Possess with intent to distribute a controlled substance (aiding and abetting). Possession of a firearm in furtherance of a drug trafficking crime.

ARTHUR JOHNSTON, CLERK

Date:   09/08/2016

_____
*Issuing officer's signature*

City and state:   Jackson, MS

T. Carruth, Deputy Clerk
*Printed name and title*

### Return

| This warrant was received on *(date)* 09/08/16 , and the person was arrested on *(date)* 09/19/16 |
| at *(city and state)* JACKSON, MS . |

Date:   09/19/16

_____
*Arresting officer's signature*

TIMOTHY ANDERSON  DUSM
*Printed name and title*