IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:16cr70DPJ-LRA

ANTWAINE RHODES, et al.

## BILL OF PARTICULARS SPECIFYING
## PROPERTY TO BE FORFEITED

The United States, by and through its United States Attorney, hereby files the following

Bill of Particulars for Forfeiture of Property.

This indictment seeks forfeiture of property pursuant to Section 853, Title 21, United States

Code, Section 2461, Title 28, United States Code, and Section 981(a)(1)(c), Title 18, United States

Code. The United States hereby gives notice that, in addition to property already listed in the

forfeiture allegation, the United States is seeking forfeiture of the following additional property:

(1)    $125,000 United States Currency from Safe Deposit Box No. 351, Trustmark Bank;
(2)    $94,890 United States Currency from Safe Deposit Box No. 1332, Trustmark Bank;
(3)    $5,620 United States Currency;
(4)    $111,497.50 United States Currency;
(5)    $20,980 United States Currency;
(6)    2007 GMC Z71 VIN 2GTEK13M571651501;
(7)    2013 Honda Accord VIN 1HGCR2F59DA036305;
(8)    2009 Toyota Avalon VIN 4T1BK36B19U329255;
(9)    $100,000 United States Currency; and
(10)   2006 Toyota Avalon VIN 4T1BK36B16U117242

**RESPECTFULLY SUBMITTED**, this the 1st day of November, 2016.

GREGORY K. DAVIS
United States Attorney

By:     /s/ Jerry Rushing
JERRY RUSHING
Assistant United States Attorney
Mississippi Bar Number: 5731
501 E. Court Street, Suite 4.430
Jackson, MS  39201
(601) 965-4480 Phone
(601) 965-4409 Fax
Email: jerry.rushing@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the appropriate counsel in this case.

THIS the 1st day of November, 2016.

   /s/ Jerry Rushing
JERRY RUSHING
Assistant United States Attorney